BEFORE JUDGE RICHARDSON, AUGUST 29, 1967

**No. R67/98.**—Joseph Tanous *v.* United States, reappraisement 165900–A (San Antonio).

In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those the subject of *United States* v. *Joseph Tanous* (53 CCPA 129, C.A.D. 889), the court found and held that foreign value, as that value is defined in section 402(c), Tariff Act of 1930, as amended, is the proper basis for determination of the value of the "Chiclines" brand bubble chewing gum involved herein and that such value is the invoiced unit value of 6.50 pesos per 100 tablets (or per kilo), f.o.b. Mexico City, net packed, plus 1.65 per centum Mexican stamp tax.

BEFORE CHIEF JUDGE RAO, SEPTEMBER 12, 1967

**No. R67/99.**—Lolly Togs, Ltd. *v.* United States, reappraisements R65/8440, etc. (New York).

In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (children's wearing apparel) and that such value is the appraised unit values, net packed, less the commissions of Swedish Trading Co., Ltd., of Hong Kong as indicated on the invoices.

**No. R67/100.**—Kurt Orban Company, Incorporated *v.* United States, reappraisements R61/2413, etc. (Baltimore).

In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the galvanized wire and round steel wire in issue and that such value is the invoice unit value, net packed.